# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN B. SLATER, | CV F   06-1363 AWI SMS HC |
| Petitioner, | ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED |
| v. | [Doc. 1] |
| DAVID SMITH, WARDEN, et.al., | |
| Respondents. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

## BACKGROUND[1]

Petitioner is currently in custody of the Bureau of Prisons ("BOP") at Atwater Federal Prison in Atwater, California, serving a sentence of two hundred thirty-five months imposed on April 2, 1991; he has a projected release date of March 20, 2008, and a projected halfway house release date of September 20, 2007.  (Petition, at 2.)

On September 28, 2006, Petitioner filed the instant federal petition for writ of habeas corpus in this Court.  Petitioner claims the BOP is unlawfully denying him consideration for placement into a RRC for the last six months of his two hundred thirty-five month sentence.

Pursuant to Section 3624(c) of Title 18, of the United States Code, the Bureau of Prisons shall, to the extent practicable, assure that a prisoner serving a term of imprisonment spends a

---

[1] This information was derived from the petition for writ of habeas corpus.

1

1 reasonable part, *not to exceed six months*, under conditions that will afford the prisoner a
2 reasonable opportunity to prepare for re-entry into the community.
3     Petitioner states in his petition that he has a projected release date of March 20, 2008, and
4 has been granted projected halfway house release date of September 20, 2007.  Thus, based on
5 Petitioner's assertion, he has received all that he is entitled to by statute, i.e. six months release to
6 a halfway house.  Accordingly, Petitioner is directed to show cause why the petition should not
7 be dismissed for failure to state a claim upon which relief may be granted.
8     Based on the foregoing, it is HEREBY ORDERED that:
9     1.    Within thirty (30) days from the date of service of this order, Petitioner shall show
10     cause why the instant petition should not be dismissed for failure to state a claim
11     upon which relief may be granted; and
12     2.    Petitioner is advised that failure to comply with this order will result in a
13     recommendation that the instant petition be dismissed for failure to state a claim
14     upon which relief may be granted and for failure to comply with a court order.
15     Local Rule 11-110.

17 IT IS SO ORDERED.
18 **Dated:   November 6, 2006**        **/s/ Sandra M. Snyder**
icido3        UNITED STATES MAGISTRATE JUDGE