# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN B. SLATER,<br><br>           Petitioner,<br><br>      v.<br><br>DAVID SMITH, WARDEN, et.al.,<br><br>           Respondents. | CV F   06-1363 AWI SMS HC<br><br>ORDER VACATING ORDER TO SHOW CAUSE AND FINDINGS AND RECOMMENDATIONS AND DIRECTING PETITIONER TO INFORM COURT OF HIS INTENT TO VOLUNTARILY DISMISS PETITION |

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      Petitioner filed the instant petition for writ of habeas corpus on September 28, 2006. (Court Doc. 1.)  On November 6, 2006, the Court issued an order to show cause why the petition should not be dismissed for failure to state a claim. (Court Doc. 4.)  On January 3, 2007, Petitioner filed a motion to withdraw the instant petition.  (Court Doc. 5.)  The motion was not entered into the Court's docketing system until January 4, 2007.  (Id.)  On January 4, 2007, the Court issued Findings and Recommendations recommending that the petition be dismissed for failure to state a claim and for failure to comply with a court order.  (Court Doc. 6.)

      Upon further review of the instant petition, the Court finds that the instant petition is not deficient and the order to show cause and Findings and Recommendations issued shall be vacated, and Petitioner will be directed to inform the Court whether he still wishes to withdraw the instant petition, in light of the fact that the Court finds the petition states a cognizable claim.

1

Accordingly, it is HEREBY ORDERED that:

1. The order to show cause, issued November 6, 2006, and the Findings and Recommendations, issued January 4, 2007, are VACATED; and
2. Within twenty (20) days from the date of service of this order, Petitioner is directed to inform the Court whether he still wishes to withdraw the petition.

IT IS SO ORDERED.

**Dated:    January 16, 2007**              /s/ Sandra M. Snyder
icido3                                                    UNITED STATES MAGISTRATE JUDGE