# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN B. SLATER, | CV F  06-1363 AWI SMS HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |
| v. | |
| DAVID SMITH, WARDEN, et.al., | [Docs. 9, 10] |
| Respondents. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 10, 2007, the Magistrate Judge issued Findings and Recommendations recommending that the instant petition for writ of habeas corpus be granted and Respondent be directed consider the appropriateness of transferring Petitioner to an RRC in light of the factors set forth in 18 U.S.C. § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21.  Respondent was directed to make this determination within fourteen days.  (Court Doc. 9.)

On May 14, 2007, Respondent filed a notice of verification of compliance with the Court's May 10, 2007, order.  (Court Doc. 9.)  Respondent submits a form entitled "Institutional Referral for CCC Placement," which indicates that Petitioner was evaluated "without reference to the time constraints imposed by 28 C.F.R. § 570.20-21 or the 2002 and 2005 Community

1  Corrections Policies." Attachment 1, Court Doc. 10. As a result of this evaluation, it was
2  recommended that Petitioner spend 150-180 days in an RRC prior to his release.
3       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
4  a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the
5  Findings and Recommendation is supported by the record and proper analysis.
6       Based on the foregoing, it is HEREBY ORDERED that:
7      1.    The petition for writ of habeas corpus is GRANTED; and
8      2.    As Respondent has already given Plaintiff the requested relief, the Clerk of Court
9          shall enter judgment in favor of Petitioner and close the case. No further action
10         by Respondent is required.

12 IT IS SO ORDERED.
13 **Dated:**   **June 13, 2007**           /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE